IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Appeal of The Greater Bustleton Civic League | : | |
| | : | |
| | : | |
| | : | |
| From Decision of City of Philadelphia Board of License and Inspection Review and Relteva, LLC | : | No. 629 C.D. 2023 |
| | : | |
| | : | |
| | : | |
| | : | |
| Appeal of: The Greater Bustleton Civic League | : | |
| | : | |

**AMENDMENT ORDER**

AND NOW, this 1st day of August, 2024, upon consideration of The Greater Bustleton Civic League's application for reargument and Relteva, LLC's answer thereto, it is ORDERED that the application is DENIED. The Court's opinion in the above matter, filed June 4, 2024, is AMENDED to reflect that The Greater Bustleton Civic League had until August 29, 2022, to appeal the City of Philadelphia Board of License and Inspection Review's July 26, 2022, order. The amendments read as follows:

> Page 8, second full paragraph:
>
> On July 26, 2022, the L&I Board dismissed Objector's appeal as moot and sent its decision to Objector on July 29, 2022. Objector had until August 29, 2022, to appeal. Instead, Objector filed a motion for reconsideration with the L&I Board and thereafter appealed its denial of reconsideration. However, this appeal did not give the trial court jurisdiction to review the L&I Board's decision of July 26, 2022, dismissing Objector's appeal on grounds of mootness.
>
> Page 9, footnote 5:

At oral argument before this Court, Objector argued that the Board did not treat its July 26, 2022, decision as a final decision because it later issued a hearing notice on August 29, 2022, for an October 4, 2022, hearing. However, the hearing notice was issued in response to Objector's motion for reconsideration. The transcript of the October 4, 2022, hearing also reflected that the purpose of the hearing was to consider Objector's motion for reconsideration. H.T., 10/4/2022, at 3; R.R. 125a.

In all other respects, the opinion and order shall remain in effect.

 

_____

MARY HANNAH LEAVITT, President Judge Emerita